UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH BUTLER, SR. an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-01716-SEB-DML |
| | ) | |
| BALKAMP INC., | ) | |
| NATIONAL AUTO PARTS | ) | |
| ASSOCIATION, | ) | |
| GENUINE PARTS COMPANY | ) | |
| CORPORATION, | ) | |
| TIEN-I INDUSTRIAL CORPORATION, | ) | |
| LIMITED, | ) | |
| YUH YEOU INDUSTRY CO., LTD, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment

is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.


Date: _____9/3/2014_____          _Sarah Evans Barker_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Benjamin C. Deming
DNL ZITO
bdeming@dnlzito.com

Joseph J. Zito
DNL ZITO
jzito@dnlzito.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

John M. Bowler
TROUTMAN SANDERS, LLP
john.bowler@troutmansanders.com